UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AARON LEE CONNER** | **CIVIL ACTION NO. 20-0803** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF DEPARTMENT EAST CARROLL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, with the exception of Plaintiff Aaron Lee Conner's excessive force claims against Defendants Brown, Wan, and Speedy, Plaintiff's claims, as well as his request for a transfer, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 3rd day of September 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE